2½ years after filing of the note of issue and statement of readiness *(see, Joseph v City of Buffalo,* 187 AD2d 946, 947, *lv granted* 82 NY2d 703). (Appeal from Order of Supreme Court, Erie County, Wolf, Jr., J.—Protective Order.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.

■ RAYMOND S. NOWAK, as Administrator of the Estate of MARY A. NOWAK, Deceased, Appellant, v PETER SHERMAN, Defendant, and FORD MOTOR COMPANY, Respondent. (Appeal No. 2.) [605 NYS2d 993] —Order unanimously affirmed without costs. Same Memorandum as in *Nowak v Sherman* (198 AD2d 842 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Wolf, Jr., J.—Renewal.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.

■ KAHRE-RICHARDES FAMILY FOUNDATION, INC., et al., Appellants, v VILLAGE OF BALDWINSVILLE et al., Defendants, and ROBROY POOLS, INC., et al., Respondents. (Appeal No. 1.) [605 NYS2d 1000] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Callahan, J. P., Pine, Boomer and Davis, JJ.

■ KAHRE-RICHARDES FAMILY FOUNDATION, INC., et al., Appellants-Respondents, v VILLAGE OF BALDWINSVILLE et al., Respondents, and ROBROY POOLS, INC., Respondent-Appellant. (Appeal No. 4.) [605 NYS2d 1001] —Appeals unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Onondaga County, Stone, J.—Dismiss Complaint.) Present—Callahan, J. P., Pine, Boomer and Davis, JJ.

■ In the Matter of DES MARKET SHARE LITIGATION. [605 NYS2d 1009] —Order unanimously affirmed without costs for the reasons stated in decisions at Supreme Court, Kane, J. (Appeal from Order of Supreme Court, Erie County, Kane, J.—Discovery.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.

■ In the Matter of MOHANGYA B. and Others, Children Alleged to be Permanently Neglected. [605 NYS2d 1008] —Order unanimously affirmed without costs. Memorandum: Petitioner's proof established by clear and convincing evidence that respondent, because of her mental illness, could not care for